# Third District Court of Appeal
## State of Florida

Opinion filed May 15, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1800
_____

**Stephen Starr,**
Appellant,

vs.

**The School District of Palm Beach County Public Schools, etc.,**
Appellee.

An Appeal from the School Board of Palm Beach County, Florida.

Stephen Starr, in proper person.

Sean Fahey (West Palm Beach), for appellee.

Before EMAS, FERNANDEZ and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Perry v. Dep't of Children & Families</u>, 220 So. 3d 546, 549-50 (Fla. 3d DCA 2017) (noting that "when actions undertaken by a

Florida administrative agency affect one's 'substantial interests', the affected person is entitled to an administrative hearing.") See also Schs. Bd. of Palm Beach Cnty. v. Survivors Charter Schs., Inc., 3 So. 3d 1220, 1231 (Fla. 2009) (noting that a school board is an "agency" as defined in Chapter 120, Administrative Procedure Act, and that Chapter 120 applies generally to a school board's decision making); Herold v. Univ. of So. Fla., 806 So. 2d 638 (Fla. 2d DCA 2002) (professor's substantial interests were not affected by University's decision to deny him a tenured professorship, noting "case law makes it clear that a substantial interest is one based on a legal entitlement, and not on a mere unilateral expectation") (citing Fertally v. Miami-Dade Cmty. Coll., 651 So. 2d 1283 (Fla. 3d DCA 1995) (holding nonrenewal of professor's annual contract did not affect her substantial interests for purposes of section 120.57)) (additional citations omitted); Jones v. Miami-Dade Cnty. Public Schs., 816 So. 2d 824 (Fla. 3d DCA 2002) (holding no substantial interest entitling school administrator to hearing where his annual contract was not renewed).